UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:08-CR-365-BR

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ERICKSON DOMINGUEZ-GONZALEZ | ORDER |

This matter is before the court on the government's motion to seal. (DE # 218.) The material contained in the proposed sealed document is not confidential. The motion is DENIED. In accordance with Local Criminal Rule 55.2(b)(3), if the government desires the court to consider the proposed sealed document, it shall file said document as a public document within three days.

This 27 July 2015.

_____
W. Earl Britt
Senior U.S. District Judge